## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Mark Harding, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal ("DUSM") for the United States Marshals Service ("USMS") in the Northern District of Ohio and have been employed as such since October 2018. I have completed the Federal Criminal Investigators Training Program and received training in sex offender investigations. In my current position I am charged with conducting investigations involving violations of the Adam Walsh Child Protection and Safety Act, and other federal laws. I have conducted and assisted with investigations involving fugitives, non-compliant sex offenders, and other federal offenses.

2. Because this affidavit is submitted for the limited purpose of showing that there is probable cause to believe that Travis O'HEARN has violated 18 U.S.C. § 2250, it does not contain every fact known in the investigation.

3. Title 18 U.S.C. § 2550 states, in part, that it is an offense for a person who is defined as a sex offender under the Sex Offender Registration and Notification Act to travel in interstate commerce and knowingly fail to update their registration. Sex offenders under the Sex Offender Registration and Notification Act are required to register their residence, place of employment, and school.

4. Travis O'HEARN was convicted and sentenced in 2006 for Felonious Sexual Assault, New Hampshire revised statute (RSA) 632-A:3, in Superior Court of Rockingham County, New Hampshire. The victim in the case was approximately 14 years old and O'HEARN was approximately 19 years old at the time. As a result of this conviction, O'HEARN was classified as a Tier II Offender with a duty to register in New Hampshire for life.

5. Travis O'HEARN was convicted and sentenced in 2016 for Aggravated Felonious Sexual Assault under case number 226-2012-CR-754 in the Hillsborough County Superior Court, Southern District, New Hampshire. As a result of that conviction, O'HEARN was classified as a sex offender, subject to the registration requirements of the Sex Offender Registration and Notification Act. The victim in the case was approximately 16 years old. O'HEARN was sentenced to a term of prison and released. O'HEARN was classified as a Tier III Offender in New Hampshire, with a duty to register as a sex offender for life.

6. O'HEARN last registered as a sex offender on May 27, 2022, with the New Hampshire Adult Parole Board. O'HEARN was provided with a document that clearly outlined his legal requirements as a convicted sex offender. The requirements include, but are not limited to, the duty to notify of any change of address out of state within 10 days and to report to the appropriate out of state law enforcement agency for registration. O'HEARN initialed each requirement indicating he was aware of the requirement. The registration was witnessed by Lisa Anderson, an executive secretary for the New Hampshire Adult Parole Board, who also

signed the form. This is the last registration on file with New Hampshire law enforcement authorities. The address O'HEARN provided was 73 Maple St, #1, Manchester, NH.

7. On July 21, 2022, Officer Ryan White of the Manchester Police Department Sex Offender Compliance Unit, New Hampshire, conducted an investigation and learned that O'HEARN was never a tenant of 73 Maple St, Manchester, NH and that none of the residents nor the landlord claimed to know O'HEARN. Officer White obtained an arrest warrant from the Hillsborough Superior Court-North for violations of New Hampshire RSA 651-B:9. Officer White referred the investigation to the US Marshals Service in New Hampshire. On July 26, 2023, I began my investigation into O'HEARN after DUSM Grillo in New Hampshire contacted me about the case.

8. According to database searches, Travis O'HEARN has used an address of 6333 Stumph Road, Parma Heights, OH 44130. This address is in the Northern District of Ohio. O'HEARN's last registration is in the State of New Hampshire, thus O'HEARN has traveled in interstate commerce.

9. On November 29, 2023, I confirmed with the Cuyahoga County Sheriff's Office that O'HEARN's sex offender classification would mirror New Hampshire's Sex Offender classification as a Tier III Offender, therefore O'HEARN would be subject to register for life in Ohio.

10. According to O'HEARN's computerized criminal history, O'HEARN has a prior conviction for Failure to Register, New Hampshire RSA 651-B:5 from the Merrimack Superior Court, Concord, New Hampshire. The date of conviction and sentencing was on or about April 23, 2019, in case number 217-2019-CR-00237.

11. In January 2024, DUSM Harding received information from a confidential source that O'HEARN has been living at 6333 Stumph Road, Parma Heights OH since about January of 2023. The confidential source informed me that O'HEARN worked for an amusement company during the summer and currently works for Extreme Auto Pros, 6376 Pearl Road, Parma Heights, Ohio. Additionally, the confidential source informed me that O'HEARN worked for a restaurant named "ClubHouse." Information from the confidential source is consistent with information I learned from my investigation into O'HEARN.

12. On February 2, 2024, I conducted a "QXS" query in the National Crime Information Center. The only sex offender registration entry on file was from the State of New Hampshire, indicating O'HEARN has not registered anywhere else in the country. I confirmed that there is no active registration in OffenderWatch, the system Ohio uses to track sex offender registrations.

13. On February 7, 2024, I confirmed with Cuyahoga County Sheriff's Office Sex Offender Unit that there is no record of O'HEARN ever registering with the Cuyahoga County Sheriff's Office.

14. On February 7, 2024, DUSM Dario and I conducted surveillance at Extreme Auto Pros, 6376 Pearl Road, Parma Heights, Ohio, and observed O'HEARN leave the business with a female at about 4:21 p.m. Eventually, O'HEARN and the female returned to 6333 Stumph Road and entered a white Buick sedan parked in the driveway. The vehicle left the residence. The Buick has been previously seen at the residence; it is a white 2013 Buick Verano bearing Ohio registration "KBQ1201."

15. On February 8, 2024, Task Force Officer Nolan and I conducted surveillance at 6333 Stumph Road and observed the same white Buick Verano (plate KBQ1201) depart the residence at about 6:08 a.m. The vehicle dropped a passenger off at Extreme Auto Pros and left the area. Due to the fact that it was still dark out, officers could not identify the occupants. Later in the afternoon, DUSM Dario and I conducted surveillance at Extreme Auto Pros. DUSM Dario observed O'HEARN moving vehicles, inspecting vehicles, and conversing with customers. At about 4:28 p.m., O'HEARN left the business with the same female as the day before.

16. On February 11, 2024, DUSM Dario observed O'HEARN exit the white Buick and walk up to the front porch of 6333 Stumph Road at about 6:09 p.m.

17. Based on all of the above, your Affiant respectfully submits that there is probable cause to believe that Travis O'HEARN has violated 18 U.S.C. § 2250.

Mark Harding
Deputy US Marshal
United States Marshals Service

at 12:00 p.m.

Subscribed and sworn to me this 14th of February, 2024, via telephone after submission by reliable electronic means. Fed.R.Crim.P. 4.1 and 41(d)(3).

Jennifer Dowdell Armstrong
United States Magistrate Judge